In the matter of the judicial settlement of the account of Joseph W. SMITLEY, as trustee of the trust created by the twenty-third clause of the will of Jane Ann Smitley, late of the city and county of Schenectady, deceased, for the benefit of Cornelia Van Epps. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Decree (154 N. Y. Supp. 1086) unanimously affirmed, with costs.

John L. SNEDDEN, Respt., v. CENTRAL VALLEY NAT. BANK, Applt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Augustus C. SNYDER, respt.-applt., v. George H. SPITZLI, applt.-respt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeals dismissed without costs upon stipulation filed.

SOCIÉTÉ FRANCAISE DES FILMS ET CINEMATOGRAPHES "ECLAIR," Respt., v. PINE HOLDING CORPORATION et al., impleaded, etc., Applts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. No opinion. Order filed.

SOCIÉTÉ FRANCAISE DES FILMS ET CINEMATOGRAPHES "ECLAIR," Respt., v. Frederick C. RAWOLLE et al., impleaded, etc., Applts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. No opinion. Order filed.

Frank SOHN, respondent, v. The NASSAU ELECTRIC RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Morris SOLOMON, an infant, by David Solomon, his guardian ad litem, appellant, v. BOTTSFORD-DICKINSON COMPANY, respondent, and City of New York, defendant. (Supreme Court, Appellate Division, Second Department. November 24, 1915.) Judgment unanimously affirmed, with costs. No opinion.

SOUTHERN AMUSEMENT CO., Applt., v. EPOCH PRODUCING CORP., Respt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. No opinion. Order filed.

William J. SPAIN, Applt.-Respt., v. James TALCOTT, Respt.-Applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, without costs, on the authority of Spain v. Talcott, 165 App. Div. 815, 152 N. Y. Supp. 611. Order filed.

Dominick SPRADA, respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed with costs. All concur, except Lambert and Merrell, JJ., who dissent.

Mary F. SPRINGSTEEN, respondent, v. Walter F. SPRINGSTEEN et al., appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion granted, and resettled order signed.

S. SHANKER METAL CEILING CO., Inc., Respt., v. FORT MASONRY CO. et al., Respts., Impld. with Samuel Rabinowitz et al., Applts. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Grace V. STACY, appellant, v. Albert M. KRUSER, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion for leave to appeal to the Court of Appeals denied, without costs.

Albert M. STADLER, Applt., v. Robert A. SCOTT et al., Respts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order reversed, with $10 costs and disbursements, and order for examination so modified as to provide for the examination of the defendant Robert A. Scott. If plaintiff should hereafter desire to examine any other defendant, a separate motion can be made therefor. No opinion. Settle order on notice.

Stephen STAHORSKI, applt., v. Stanislaus S. NOWICKI, respt. (Supreme Court, Appellate Division. Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur.

Orren G. STAPLES v. Silas A. BIRDSONG. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed.

STAR PALACE LAUNDRY CO., plff., v. Louis HORCHELOR and ROCHESTER ELITE LAUNDRY CO., Inc., defts. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for preliminary injunction denied, but under the circumstances without costs.

Mary STAUB, an infant, etc., Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Appeal from Special Term, New York County. From an order granting plaintiff's motion for a preference, defendant appeals. Order reversed, and motion denied.

PER CURIAM. From the papers it appears that the plaintiff, who was injured in October, 1914, is now employed, earning wages and board, and there are no such special circumstances shown as would warrant a preference over other issues. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion denied. Order filed.